FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2008 MAR 26 PM 1:38

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA,

v.   Case No. 3:94-cr-174-J-16TEM

WILLIE HICKSON SMITH

_____/

## ORDER REVOKING SUPERVISED RELEASE

Pursuant to notice, a Final Revocation of Supervised Release hearing was held in open court on March 26, 2008. The defendant appeared with counsel, Maurice Grant. Also present was the Probation Officer and the Assistant United States Attorney Ronald Henry.

At the hearing, the defendant knowingly, intelligently and voluntarily admitted allegations #2, 4, 5, 6, and 7 of violation of supervised release. Allegations # 1 and 3 were dismissed. The Court, therefore, **FINDS** that the defendant has substantially and materially violated the terms and conditions of his supervised release and that there is just cause for revocation of defendant's supervised release. It is therefore, **ORDERED AND ADJUDGED**:

1. The Supervised Release provided in the Judgment entered April 26, 1995 (Dkt. #22) as to the above-named defendant is hereby **REVOKED**.

2. The defendant, **WILLIE HICKSON SMITH**, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **ELEVEN (11) MONTHS**. Upon release from imprisonment the defendant will be placed on Supervised Release for a period of three (3) years. Such term of Supervised Release shall include the standard conditions as

contained in the original Judgment entered in this case.

3.  Additionally, the Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself for any major purchases without approval of the probation officer. The Defendant shall also provide the probation officer access to any requested financial information.

4.  The mandatory drug testing requirements of the Violent Crime Control Act are waived. However, the Court authorizes random drug testing not to exceed 104 tests per year.

**DONE AND ORDERED** at Jacksonville, Florida, this 26th day of March, 2008.

JOHN H. MOORE II
United States District Judge

Copies to:
    Defendant c/o Counsel
    Maurice Grant - Counsel for Defendant
    Ron Henry - AUSA
    U.S. Marshal
    U.S. Bureau of Prisons
    U.S. Probation Office